UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 9, 2008
JAN X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV 216
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE

In the Matter of

GARRY MEIER,
   PLAINTIFF,
v.
TODD W. MUSBURGER, et al.
   DE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GARRY MEIER, PLAINTIFF

| | |
|---|---|
| SIGNATURE | Walter P. Maksym |
| FIRM | WALTER P. MAKSYM & ASSOCIATES |
| STREET ADDRESS | 2056 N. LINCOLN AVENUE |
| CITY/STATE/ZIP | CHICAGO, IL 60614-4525 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1738232 | 773-929-2923 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐