**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:

**GARRY MEIER**                                            **08 CV 216**

v.

**TODD W. MUSBURGER, ET AL**.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants: Todd W. Musburger, Brian Musburger; Law Offices of Todd W. Musburger, Ltd.**

| | |
|---|---|
| NAME (Type or print) | RICHARD T. GREENBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Richard T. Greenberg |
| FIRM | McGuireWoods LLP |
| STREET ADDRESS | 77 West Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1047825 | TELEPHONE NUMBER 312.750.5755 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |