UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARRY MEIER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TODD W. MUSBURGER, individually, and d/b/a as | ) | Case No. 08 C 216 |
| a non-existent entity known as "Law Offices Of | ) | Judge Der-Yeghiayan |
| Todd W. Musburger, Ltd.", TODD W. | ) | Magistrate Judge Cole |
| MUSBURGER, LTD., an Illinois corporation, and | ) | |
| BRIAN MUSBURGER, | ) | |
| | ) | |
| Defendants. | ) | |

**INDEX OF EXHIBITS TO MOTION TO DISMISS**

| | |
|---|---|
| The Complaint Comparison | A |
| Meier 1.9.08 Fed Complaint (Without Exhibits) | B |
| Meier 1.22.08 Amended Fed Complaint (Without Exhibits) | C |
| Meier 2.11.08 1st Amended Fed Complaint (With Exhibits) | D |
| Musburger 4.1.04 State Complaint V. Meier (Without Exhibits) | E |
| Meier 1.19.05 State Answer And Amended Counterclaim (Without Exhibits) | F |
| Meier State Motion For 3d Amended Counterclaim And 3d Pty Complaint (With Counterclaim And 3d Pty Complaint) | G |
| Meier State 3d Party Complaint Vs. Brian (Without Exhibits) | H |
| 11.27.06 State Dismissal Order | I |
| Meier State Motion For 4th Amend Counterclaim And 5th Affirmative Defense (With Counterclaim And 3d Party Complaint) | J |
| Meier State 1.17.07 Motion To Dismiss | K |
| 1.22.07 State Court Order/Transcript | L |
| 1.30.07 State Jury Verdict And Judgment Order | M |
| Meier State Post-Trial Memo (Without Exhibits) | N |
| Meier State Appellate Docketing Statement | O |
| Meier State Petition To Vacate (Without Exhibits) | P |
| Musburger 11.27.07 State Motion To Dismiss Petition | Q |
| 3.14.08 State Dismissal Order Of Meier's Petition To Vacate | R |