# EXHIBIT J

Order  (Rev. 9/13/04) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPT - LAW DIVISION

LAW OFFICES OF TODD W. MUSBURGER
Plaintiff/Counter-Defendant

v.

No. 04 L 003760

GARRY MEIER
Defendant/Counter-Plaintiff

## ORDER

This cause coming to be heard upon Defendant/Counter-Plaintiff GARRY MEIER's Motion for Leave to File Third Party Complaint against Brian Musburger, due notice having been given and the Court having heard the arguments of counsel and being advised in the premises,

IT IS HEREBY ORDERED

That the Motion for Leave to File Third Party Complaint against Brian Musburger is denied, and Count II of the Third Amended Counterclaim is hereby stricken, based on the Court's determination that following MEIER's discharge of MUSBURGER, MUSBURGER did not owe any fiduciary duty to MEIER, and that, in the alternative, MEIER suffered no damages thereby.

Atty. No.: 50606
Name: Law Offices of James A. Smith
Atty. for: Plaintiff/Counter-Defendant
Address: 300 W. Adams, #330
City/State/Zip: Chicago, IL 60606
Telephone: 312/372-4952

11/27, 2006

Judge Ronald F. Bartkowicz
ENTERED:  ENTERED
NOV 27 2006

Judge   Circuit Court - 193   Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**