# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08 C 216 |
| TODD W. MUSBURGER, individually, and ) | Judge Der-Yeghiayan |
| d/b/a as a non-existent entity known as "Law ) | Magistrate Judge Cole |
| Offices Of Todd W. Musburger, Ltd.", TODD ) | |
| W. MUSBURGER, LTD., an Illinois ) | |
| corporation, and BRIAN MUSBURGER, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR LEAVE
## TO FILE BRIEFS IN EXCESS OF PAGE LIMIT

Pursuant to Local Rule 7.1, Defendants Todd W. Musburger, Todd W. Musburger, Ltd., and Brian Musburger, (collectively "Musburger"), by their attorneys, respectfully move this Court for permission to file a Memorandum in Support of their Motion for Sanctions and a Memorandum in Support of their Motion to Dismiss exceeding 15 pages in length. In support of its motion, Musburger states as follows:

1.     Meier has asserted eighteen separate causes of action in a 64 page First Amended Complaint. Meier's eighteen count First Amended Complaint includes the following causes of action (1) Racketeer Influenced and Corrupt Organization Act ("RICO"); (2) Conspiracy to Violate RICO; (3) Legal Malpractice; (4) Breach of Fiduciary Duty – Disobedience of Client Directives; (5) Legal Malpractice – Failure to Disclose New Offer; (6) Public Disclosure of Private Facts; (7) Breach of Fiduciary Duty – Conflict of Interest; (8) Breach of Fiduciary Duty – Fraud; (9) Restitution – Return of Fees and Commissions Illegally Collected in Violation of the Private Employment Agency Act; (10) Legal Malpractice Act – Self-Dealing; (11) Common Law Fraud and Deceit; (12) Declaratory Judgment declaring all dealings and contracts null and

void; and (13) Violation of the Illinois Attorneys Act; (14) Recession (*sic*); (15) Illinois Consumer Fraud and Deceptive Business Practice Act Claim; (16) Illinois Antitrust Act Claim; (17) Unjust Enrichment; and (18) Class Action. Each cause of action involves numerous issues and each requires discussion and argument.

2. Musburger is unable to address the multiple grounds on which sanctions should be granted in its favor and on which dismissal should be granted in its favor within the page limits provided under Local Rule 7.1.

3. Musburger requires 18 pages to adequately brief its Motion for Sanctions and 32 pages to adequately brief it Motion to Dismiss.

WHEREFORE, Defendants Todd W. Musburger, Todd W. Musburger, Ltd., and Brian Musburger, by counsel, and pursuant to Local Rule 7.1 move this Court for leave to file a Memorandum of Law in Support of its Motion for Sanctions and for leave to file a Memorandum of Law in Support of its Motion to Dismiss in excess of 15 pages exclusive of supporting documentation and for any further relief this Court deems appropriate.

Dated: March 21, 2008

Respectfully submitted,

Defendants Todd W. Musburger, Todd W. Musburger, Ltd., and Brian Musburger


By:___/s/ Carlin R. Metzger_____
One of Their Attorneys

Richard T. Greenberg (ARDC No. 1047825)
Carlin R. Metzger (ARDC No. 6275516)
Susan E. Groh (ARDC No. 6289629)
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL  60601-1681
Phone:  312.849.8100
Attorney No. 40426