# THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TODD W. MUSBURGER, individually, and )<br>d/b/a as a non-existent entity known as "Law )<br>Offices Of Todd W. Musburger, Ltd.", TODD )<br>W. MUSBURGER, LTD., an Illinois )<br>corporation, and BRIAN MUSBURGER, )<br>)<br>Defendants. ) | Case No. 08 C 216<br>Judge Der-Yeghiayan<br>Magistrate Judge Cole |

## NOTICE OF FILING

To:   Walter P. Maksym
      2056 N. Lincoln Ave.
      Chicago, IL 60614-4525

PLEASE TAKE NOTICE that on Friday, March 21, 2008, we filed with the Clerk of the United States District Court, 219 South Dearborn, Chicago, IL, the following:

Appearances of Richard T. Greenberg; Carlin R. Metzger and Susan E. Groh

Motion for Sanctions

Memorandum of Law in Support of Defendants' Motion for Sanctions

Motion to Dismiss 1st Amended Complaint

Memorandum of Law in Support of Defendants' Motion to Dismiss

Appendix of Exhibits in Support of Motion to Dismiss

Appendix of Exhibits in Support of Motion for Sanctions

Motion to Exceed Page Limits

Joint Initial Status Report

Dated: March 21, 2008				Respectfully submitted,

Defendants Todd W. Musburger, Todd W. Musburger, Ltd., and Brian Musburger


By:\_\_\_/s/ Carlin R. Metzger_____
One of Its Attorneys

Richard T. Greenberg (ARDC No. 1047825)
Carlin R. Metzger (ARDC No. 6275516)
Susan E. Groh (ARDC No. 6289629)
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL  60601-1681
Phone:  312.849.8100
Attorney No. 40426

## **CERTIFICATE OF SERVICE**

      I, Carlin R. Metzger, certify that on March 21, 2008, I served a copy of the the following documents:

    Appearances of Richard T. Greenberg; Carlin R. Metzger and Susan E. Groh;
   Motion for Sanctions;
    Memorandum of Law in Support of Defendants' Motion for Sanctions;
   Motion to Dismiss 1st Amended Complaint;
    Memorandum of Law in Support of Defendants' Motion to Dismiss;
    Appendix of Exhibits in Support of Motion to Dismiss;
    Appendix of Exhibits in Support of Motion for Sanctions;
   Motion to Exceed Page Limits;
   Joint Initial Status Report

upon all parties through their counsel of record identified below pursuant to ECF as to Filing Users as required by the Court's General Order on Electronic Service:

                              Walter P. Maksym
                              2056 N. Lincoln Ave.
                              Chicago, IL 60614-4525
                              [wmaksym@gmail.com]

                              _/s/ Carlin R. Metzger_____