**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| **GARRY MEIER** | **08 CV 216** |
| v. | |
| **TODD W. MUSBURGER, ET AL**. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants: Todd W. Musburger, Brian Musburger; Law Offices of Todd W. Musburger, Ltd.**

| | |
|---|---|
| NAME (Type or print)  SUSAN E. GROH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Susan E. Groh | |
| FIRM: McGuireWoods LLP | |
| STREET ADDRESS  77 West Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP  Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6289629 | TELEPHONE NUMBER  312.849.8184 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ■ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐ NO ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ■ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |