UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Garry Meier
                     Plaintiff,

v.                                      Case No.: 1:08−cv−00216
                                                Honorable Samuel Der−Yeghiayan

Todd W Musburger, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: The parties having advised the Court that they consent to proceed before the Magistrate Judge, the parties are ordered to submit to this Court's Courtroom Deputy the form titled Consent to Exercise Jurisdiction by a United States Magistrate Judge, found on the Court's website by 03/28/08. Status hearing set for 03/27/08 is stricken. A new status hearing will be set by the Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.