# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

| Case Title<br>Garry Meier | Case Number: 08 C 0216 |
|---|---|
| V.<br>Todd W. Musburger, et al. | Assigned Judge: Judge Der-Yeghiayan<br><br>Designated<br>Magistrate Judge: Judge Cole |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 3/27/08<br>Date | By: /s/ Carlin R. Metzger<br>Signature | Defendants Todd W. Musburger, et al.<br>Name of Party or Parties |
|---|---|---|
| 3/27/08<br>Date | By: /s/ Walter P. Maksym<br>Signature | Plaintiff Garry Meier<br>Name of Party or Parties |
| _____<br>Date | By: _____<br>Signature | _____<br>Name of Party or Parties |
| _____<br>Date | By: _____<br>Signature | _____<br>Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.