# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 216 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Meier vs. Musburger, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Defendants' motion for leave to file brief in excess of page limit [13] is granted. The plaintiff shall have an equal number of pages for his response brief. Response to defendants' motion to dismiss complaint [11] shall be due by June 9, 2008; Reply shall be due by June 30, 2008. The reply brief shall not exceed 15 pages. Status hearing and oral arguments on the motion to dismiss [11] will be heard on July 10, 2008 at 10:00 a.m. Plaintiff is to identify the sections or section of RICO on which the RICO count is based.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|