UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

GARRY MEIER,                          )
                                      )
                    Plaintiff,        )
                                      )
            v.                        )     Case No. 08 C 0216
                                      )
TODD W. MUSBURGER, et. al.,           )
                                      )
                    Defendants.       )

### NOTICE OF MOTION

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

PLEASE TAKE NOTICE on June 16, 2008 at 8:30 a.m. I shall present Plaintiff's Motion to Enlarge Time and Memoranda in Support of Motion to Enlarge Time before Magistrate Jeffrey Cole, which are filed and served upon you herewith.

                         /s/  Walter P. Maksym, Jr.
                         Walter P. Maksym, Jr.
                         Attorney at Law
                         2056 N. Lincoln Avenue
                         Chicago, IL 60614-4525
                         Telephone: (773) 929-2923
                         e-mail: wmaksym@gmail.com

### CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copy of the foregoing Plaintiff's Motion to Enlarge Time as electronically filed on June 9, 2008 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

                         Richard T. Greenberg
                         Carlin R. Metzger
                         Susan E. Groh
                         McGuireWoods, LLP
                         77 West Wacker, Suite 4100
                         Chicago, IL 60601

                         /s/ Walter P. Maksym, Jr.
                          Walter P. Maksym, Jr.