# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 216 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Meier v. Musburger, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to enlarge time for filing response to defendants' motion to dismiss [26] is granted in part and denied in part. Response to defendants' motion to dismiss shall be due July 31, 2008; Reply shall be due August 25, 2008; Oral arguments shall be held on September 12, 2008 at 9:30 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|