UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Garry Meier
                         Plaintiff,

v.                                           Case No.: 1:08−cv−00216
                                                   Honorable Jeffrey Cole

Todd W Musburger, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Status hearing and oral arguments on the motion to dismiss [11] set for July 10, 2008 at 10:00 a.m. are stricken since the minute order of June 16, 2008 reset the date to September 12, 1008 at 9:30 a.m. Accordingly, no appearance is necessary on July 10, 2008. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.