UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
GARRY MEIER,                       )
                                   )
            Plaintiff,             )
                                   )
       v.                          )    Case No. 08 C 0216
                                   )
TODD W. MUSBURGER, et. al.,        )
                                   )
            Defendants.            )
```

NOTICE OF FILING

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

       PLEASE TAKE NOTICE on July 31, 2008 I filed Plaintiff Garry Meier's Response to "Defendants' Motion to Dismiss Meier's Complaint" and Plaintiff Garry Meier's Memoranda in Opposition to "Defendants' Motion to Dismiss Meier's Complaint", that are filed and herewith served upon you.

                                   /s/  Walter P. Maksym, Jr.
                                   Walter P. Maksym, Jr.
                                   Attorney for Plaintiff
                                   2056 N. Lincoln Avenue
                                   Chicago, IL 60614-4525
                                   Telephone: (773) 929-2923
                                   e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

     The undersigned certifies that he served true and correct copies of the foregoing by electronically filing them on July 31, 2008 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

                                   Richard T. Greenberg
                                   Carlin R. Metzger
                                   Susan E. Groh
                                   McGuireWoods, LLP
                                   77 West Wacker, Suite 4100
                                   Chicago, IL 60601

                                   /s/ Walter P. Maksym, Jr.
                                     Walter P. Maksym, Jr.