UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TODD W. MUSBURGER, et. al., )<br>)<br>Defendants. ) | Case No. 08-cv-0216 |

AMENDED NOTICE OF FILING

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

　　　PLEASE TAKE NOTICE on July 31, 2008 I filed Plaintiff Garry Meier's Response to "Defendants' Motion to Dismiss Meier's Complaint", that was then filed served upon you.

　　　　　　　　　　　　　　　　　　　/s/  Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　　　Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　2056 N. Lincoln Avenue
　　　　　　　　　　　　　　　　　　　Chicago, IL 60614-4525
　　　　　　　　　　　　　　　　　　　Telephone: (773) 929-2923
　　　　　　　　　　　　　　　　　　　e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

　　　The undersigned certifies that he served true and correct copy of the foregoing Response by electronically filing it on July 31, 2008 with the Clerk of the Court using the CM/ECF system, and that he likewise served a true and correct copy this Amended Notice of Filing, notification on September 8, 2008 which said Clerk will send by electronic mail to the following counsel for Defendants:

　　　　　　　　　　　　　　　　　　　Richard T. Greenberg
　　　　　　　　　　　　　　　　　　　Carlin R. Metzger
　　　　　　　　　　　　　　　　　　　Susan E. Groh
　　　　　　　　　　　　　　　　　　　McGuireWoods, LLP
　　　　　　　　　　　　　　　　　　　77 West Wacker, Suite 4100
　　　　　　　　　　　　　　　　　　　Chicago, IL 60601

　　　　　　　　　　　　　　　　　　　/s/ Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　　　　Walter P. Maksym, Jr.