IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 0216 |
| ) | |
| TODD W. MUSBURGER, individually,) | Hon. Jeffrey Cole |
| and d/b/a as a non-existent ) | U.S. Magistrate Judge |
| entity known as "Law Offices of ) | |
| of Todd W. Musburger, Ltd.", ) | TRIAL BY JURY DEMANDED |
| TODD W. MUSBURGER, LTD., an ) | |
| Illinois Corporation, and ) | |
| BRIAN MUSBURGER, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF GARRY MEIER'S MOTION TO STAY

NOW COMES the Plaintiff, Garry Meier ("MEIER") and moving to stay all proceedings in this cause, states as follows:

1. That Defendants' Motion to Dismiss is predicated upon what they maintains is the preclusive effect of prior litigation entitled <u>The Law Offices of Todd W. Musburger, Ltd. v. Garr Meier</u>, Cook County Case No. 04 L 3760 (the "State Litigation"), now pending on two (2) appeals before the Illinois Appellate Court, First District (the "State Appellate Court"), Appeals Nos. 07-3080 and 08-0814 (the "State Appeals").

2. That based on the pendency of the two undetermined and pending State Appeals of the Illinois Judgment rendered in the State Litigation on which Defendants rely, this matter should be stayed under Illinois pursuant to the Seventh Circuit's holding in <u>Rogers v. Desiderio</u>, 58 F.3d 299 (7th Cir. 1995) as more specifically shown in Plaintiff Garry Meier's Memoranda in Support of Plaintiff Garry Meier's Motion to Stay filed herewith in support of this Motion.

WHEREFORE, Garry Meier, Plaintiff, and his counsel respectfully pray that this Court grant this Motion and enter an order staying these proceeding stay further proceedings pending final decisions by the Illinois Appellate Court in the State Appeals, and then to proceed as appropriate in light of the final dispositions of the state-court litigation, and for such other further relief as this Court may deem fair and just and proper in the premises.

                              Garry Meier, Plaintiff,

                              By /s/ Walter P. Maksym, Jr.
                                Walter P. Maksym, Jr., his attorney

## ATTORNEY'S RULE 11 CERTIFICATION

The undersigned attorney certifies that he has read the foregoing motion, that to the best of his knowledge, information, and belief, formed after reasonable inquiry it is well grounded in fact the same is warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation, and that the documents, if any, filed therewith are true and correct copies of the documents they purport to be.

                             /s/  Walter P. Maksym, Jr.
                              Walter P. Maksym, Jr., Plaintiff's Attorney

Walter P. Maksym, Jr.
Attorney at Law
2056 North Lincoln Avenue
Chicago, IL 60614-4525
Telephone: (773) 929-2923
e-mail: wmaksym@gmail.com