```
            UNITED STATES DISTRICT COURT FOR THE
         NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

GARRY MEIER,                    )
                                )
            Plaintiff,          )
                                )
       v.                       )   Case No. 08-cv-0216
                                )
TODD W. MUSBURGER, et. al.,     )
                                )
            Defendants.         )
```

NOTICE OF MOTION

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

   PLEASE TAKE NOTICE that on September 11, 2008 at 8:30 a.m. I shall present Plaintiff Garry Meier's Motion to Stay, and Memorandum in Support of said motion, before Magistrate Jeffrey Cole, copies of which are herewith served upon you.

                          /s/  Walter P. Maksym, Jr.
                          Walter P. Maksym, Jr.
                          Attorney for Plaintiff
                          2056 N. Lincoln Avenue
                          Chicago, IL 60614-4525
                          Telephone: (773) 929-2923
                          e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

   The undersigned certifies that he served true and correct copy of the foregoing Motion and Memorandum by electronically filing them on September 8, 2008 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to the following counsel for Defendants:

                          Richard T. Greenberg
                          Carlin R. Metzger
                          Susan E. Groh
                          McGuireWoods, LLP
                          77 West Wacker, Suite 4100
                          Chicago, IL 60601

                          /s/ Walter P. Maksym, Jr.
                            Walter P. Maksym, Jr.