```
               UNITED STATES DISTRICT COURT FOR THE
            NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

GARRY MEIER,                      )
                                  )
              Plaintiff,          )
                                  )
         v.                       )    Case No. 08-cv-0216
                                  )
TODD W. MUSBURGER, et. al.,       )
                                  )
              Defendants.         )
```

                        NOTICE OF FILING

   To:  Richard T. Greenberg
        Carlin R. Metzger
        Susan E. Groh

   PLEASE TAKE NOTICE that on September 8, 2008 I filed Plaintiff Garry Meier's Motion to Stay and Memorandum in Support of said motion, copies of which are herewith served upon you.

                              /s/  Walter P. Maksym, Jr.
                              Walter P. Maksym, Jr.
                              Attorney for Plaintiff
                              2056 N. Lincoln Avenue
                              Chicago, IL 60614-4525
                              Telephone: (773) 929-2923
                              e-mail: wmaksym@gmail.com


                       CERTIFICATE OF SERVICE

   The undersigned certifies that he served true and correct copy of the foregoing Motion and Memorandum by electronically filing them on September 8, 2008 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to the following counsel for Defendants:

                              Richard T. Greenberg
                              Carlin R. Metzger
                              Susan E. Groh
                              McGuireWoods, LLP
                              77 West Wacker, Suite 4100
                              Chicago, IL 60601

                              /s/ Walter P. Maksym, Jr.
                                Walter P. Maksym, Jr.