UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-0216 |
| | ) |
| TODD W. MUSBURGER, et. al., | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MOTION

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

   PLEASE TAKE NOTICE that on September 12, 2008 at 8:30 a.m. I shall present Plaintiff Garry Meier's Motion to Extend Time and for Leave to File Memoranda in Opposition to "Defendants' Motion to Dismiss Meier's Complaint" and to Reset Hearing Date, before Magistrate Jeffrey Cole, copies of which are herewith served upon you.

                                    /s/  Walter P. Maksym, Jr.
                                    Walter P. Maksym, Jr.
                                    Attorney for Plaintiff
                                    2056 N. Lincoln Avenue
                                    Chicago, IL 60614-4525
                                    Telephone: (773) 929-2923
                                    e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

   The undersigned certifies that he served true and correct copy of the foregoing Motion and Memorandum by electronically filing them on September 10, 2008 with the Clerk of the Court using the CM/ECF system, which documents said Clerk will send by electronic mail to the following counsel for Defendants:

                                    Richard T. Greenberg
                                    Carlin R. Metzger
                                    Susan E. Groh
                                    McGuireWoods, LLP
                                    77 West Wacker, Suite 4100
                                    Chicago, IL 60601

                                     /s/ Walter P. Maksym, Jr.
                                     Walter P. Maksym, Jr.