UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARRY MEIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-0216 |
| ) | |
| TODD W. MUSBURGER, et. al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF FILING

To:  Richard T. Greenberg
     Carlin R. Metzger
     Susan E. Groh

PLEASE TAKE NOTICE on September 10, 2008 I filed Plaintiff Garry Meier's Motion to Extend Time and for Leave to File Memoranda in Opposition to "Defendants' Motion to Dismiss Meier's Complaint" and to Reset Hearing Date, that is herewith served upon you.

　　　　　　　　　　　　　　　　　/s/  Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　2056 N. Lincoln Avenue
　　　　　　　　　　　　　　　　　Chicago, IL 60614-4525
　　　　　　　　　　　　　　　　　Telephone: (773) 929-2923
　　　　　　　　　　　　　　　　　e-mail: wmaksym@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that he served true and correct copies of the foregoing by electronically filing them on September 10, 2008 with the Clerk of the Court using the CM/ECF system, which will send notification by electronic mail to the following counsel for Defendants:

　　　　　　　　　　　　　　　　　Richard T. Greenberg
　　　　　　　　　　　　　　　　　Carlin R. Metzger
　　　　　　　　　　　　　　　　　Susan E. Groh
　　　　　　　　　　　　　　　　　McGuireWoods, LLP
　　　　　　　　　　　　　　　　　77 West Wacker, Suite 4100
　　　　　　　　　　　　　　　　　Chicago, IL 60601

　　　　　　　　　　　　　　　　　/s/ Walter P. Maksym, Jr.
　　　　　　　　　　　　　　　　　  Walter P. Maksym, Jr.