# APPENDIX

of Exhibits to

Plaintiff Garry Meier's Motion to Extend Time
and for Leave to File Memoranda in Opposition to
"Defendants' Motion to Dismiss Meier's Complaint"
and to Reset Hearing Date in Case No. 08-cv-0216

# EXHIBIT "1"

 

# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1639 • (415) 538-2303
1149 SOUTH HILL STREET • LOS ANGELES, CALIFORNIA 90015-2299 • (213) 765-1500

July 21, 2008

Walter Peter Maksym, Jr
2056 N Lincoln Ave
Chicago IL 60614

TO: July 2008 California Bar Examination Applicants

FROM: The Committee of Bar Examiners

RE: Admittance Ticket and Examination Instructions

You are scheduled to take the July 2008 California Bar Examination. Please carefully read the enclosed important instructions before the first day of the examination.

Please review the information on your admittance ticket below, and immediately advise the State Bar's Office of Admissions of any errors. Detach the ticket and bring it with you to the test center each day of the examination.

The Committee of Bar Examiners of the State Bar of California will provide access to the pass list from the July 2008 California Bar Examination through the Internet on the State Bar's home page at www.calbar.ca.gov. To access your results through the Internet beginning Friday, November 21, 2008, at 6:00 p.m., you will need your File Number and Application Number, as shown on both your admittance ticket and identification badge. This information will not be provided to you over the telephone due to the confidential nature of the information. Please keep the identification badge following the examination.

---------- DETACH HERE ----------

## ADMITTANCE TICKET

### JULY 2008 CALIFORNIA BAR EXAM
### July 29, 2008 through July 31, 2008

| EXAMINEE | TEST CENTER |
|---|---|
| Walter Peter Maksym, Jr<br>2056 N Lincoln Ave<br>Chicago IL 60614 | RADISSON HOTEL-LAX<br>6225 W. Century Blvd<br>Los Angeles, CA 90045<br><br>Testing Accommodations |

FILE #:    APPLICANT #:

# EXHIBIT "2"

From: Southwest Airlines <SouthwestAirlines@mail.southwest.com>
To:
Subject: Ticketless Confirmation - MAKSYM/WALTER JR
Date: Tue, 10 Jun 2008 9:26 pm



Save up to 25% OFF & earn Triple Rapid Reward Credit on any two day rental from Alamo.
BOOK NOW >> Use Corporate ID/Rate 7013951



Receipt and Itinerary as of 06/10/08 9:26 PM

## Confirmation Number



Confirmation Date: 06/10/08
Received: WALTER M

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MAKSYM/WALTER JR | | | 06/10/ |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Sun Jul 20 | 3239 | Depart CHICAGO-MIDWAY (MDW) at 11:55 AM<br>Arrive in LOS ANGELES INTL (LAX) at 2:10 PM |
| Sun Aug 03 | 2552 | Depart LOS ANGELES INTL (LAX) at 5:10 PM<br>Arrive in CHICAGO-MIDWAY (MDW) at 11:05 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 364.66 |
| Tax | $ 34.34 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment: $413.00**

Current payment(s)
06/10/08 MASTERCARD                                    $413.00

### Fare Rule(s)

Valid only on Southwest Airlines. AGE 65 OR OVER/ID REQUIRED All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

# EXHIBIT "3"

AOL Read

http://webmail.aol.com/37080/aol/en-us/Mail/DisplayMessage.aspx



THIS IS A POST ONLY E-MAIL, PLEASE DO NOT REPLY.

Dear WALTER MAKSYM,

Thank you for choosing Radisson Hotels & Resorts.
This email is to confirm your reservation.

Below you will find your reservation summary.
Please keep this information for your records.

---

YOUR RESERVATION SUMMARY **ADJUSTED TO REFLECT CHANGES**

Radisson Hotel at Los Angeles Airport
6225 WEST CENTURY BLVD
LOS ANGELES, CA 90045
(310)-670-9000

CONFIRMATION NUMBER ███████

# EXHIBIT "4"

www.chicagotribune.com/news/nationworld/chi-los-angeles-earthquake-080729-ht,0,5977819.story

# chicagotribune.com



HOT TOPICS    The latest Web trends

## Los Angeles earthquake

**An earthquake hit Los Angeles Tuesday, triggering some evacuations and causing some buildings to rock.**
**Los Angeles earthquake, phone service**

Tribune wire reports

3:20 PM CDT, July 29, 2008

LOS ANGELES--The strongest earthquake to strike a
populated area of Southern California in more than a
decade rattled windows and chandeliers, made
buildings sway and sent people running into the streets
on Tuesday. But there were no immediate reports of
serious injuries or major damage.

The 5.4-magnitude quake -- considered moderate --
was felt from Los Angeles to San Diego, and as far
east as Las Vegas, 230 miles away. Nearly 30
aftershocks quickly followed, the largest estimated at
3.8.

The quake was centered 29 miles southeast of
downtown Los Angeles near Chino Hills, a San Bernardino County city of 80,000 built mostly in the
early 1990s with the latest in earthquake-resistant technology.

Buildings swayed in downtown Los Angeles for several seconds, leading to the evacuation of some
offices.

"I'm still shaking. My knees are wobbling. I thought the building might collapse," said Rosana
Martinez, 50, an employee of California National Bank in downtown Los Angeles.

As strong as it felt, Tuesday's quake was far less powerful than the deadly magnitude-6.7 Northridge
earthquake that topped bridges and buildings on Jan. 17, 1994. That was the last damaging temblor in
Southern California, though not the biggest. A 7.1 quake struck the desert in 1999.

"The most interesting thing to us about this earthquake so far is it is the first one we've had in a populated area for quite a long time and people have forgotten what earthquakes feel like," said seismologist Kate Hutton at the U.S. Geological Survey office in Pasadena. "We should probably look at it as an earthquake drill. I mean it's a drill for the Big One that will be coming some day."

Disneyland visitor Clint Hendrickson, 32, said he was in the Golden Horseshoe theater watching a show when the temblor hit.

"The ground moved and the chandelier started shaking," he said. "We are from Texas and we thought it was part of the show, until people started yelling, 'Get under the tables!'"

The quake interrupted a meeting of the Los Angeles City Council, causing the 27-story City Hall to sway just as Councilman Dennis Zine was criticizing a plan to increase trash fees.

"And there goes the earthquake -- earthquake, earthquake, earthquake!" said Zine, as members of the audience began to cry out. "The building is rolling!"

Merchandise toppled from store shelves and bricks fell from walls of old-style buildings.

California's Office of Emergency Services received scattered reports of minor infrastructure damage, including broken water mains and gas lines.

"Nothing serious enough to be an immediate threat to lives, but there is some disruption to utility service," spokesman Kelly Huston said. The damage was in the greater Los Angeles area.

Minor structural damage was reported throughout Los Angeles, along with five minor injuries and people stuck in elevators, said City Councilwoman Wendy Greuel, serving as acting mayor. She said there was flooding in one department store.

The California Department of Transportation and California Highway Patrol were assessing freeways to check for damage. Traffic appeared to be flowing easily, however.

"We have no reported damages or cracks to structures," said Caltrans spokeswoman Maria Raptis.

The jolt caused a fire but no injuries at a Southern California Edison electrical substation in La Habra, about 12 miles southwest of the epicenter, spokesman Paul Klein said. Damage there and to other equipment led to some power outages in Chino Hills, Chino, Diamond Bar and Pomona, he said.

Near the epicenter, all the customers of a Chino Hills Starbucks ran outside and bags of coffee beans fell off shelves, said worker Jamie Saleh, 24.

"It was very, very strong. It was rolling and ... there wasn't a pause. it came on really strong and just kep going."

Chino Hills was incorporated in 1991, so much of the construction is newer and built to modern safety standards, said city spokeswoman Denise Cattern. She said there were no reports of harm in the city of 80,000, although cell phone service in the area was disrupted. The biggest employer in town, the school district, is out of session.

"At this point, the biggest impact we can report is getting through on cell phones. ... And a few little rattled nerves," Cattern said.

"It was dramatic. The whole building moved and it lasted for a while," said Los Angeles County sheriff's spokesman Steve Whitmore, who was in the sheriff's suburban Monterey Park headquarters east of Los Angeles.

In Orange County, about 2000 detectives were attending gang conference at a Marriott hotel in Anaheim when a violent jolt shook the main conference room.

Mike Willever, who was at the hotel, said, "First we heard the ceiling shaking, then the chandelier started to shake, then there was a sudden movement of the floor."

Chris Watkins, from San Diego, said he previously felt several earthquakes, but "that was one of the worst ones."

Copyright © 2008, Chicago Tribune

EXHIBIT "5"



**THE STATE BAR OF CALIFORNIA**

THE COMMITTEE OF BAR EXAMINERS
OFFICE OF ADMISSIONS

## Information Regarding the Los Angeles Area Earthquake on Tuesday, July 29, 2008 and the Grading of the July 2008 California Bar Examination

During the final minutes of the morning session of the first day of the California Bar Examination on Tuesday, July 29, 2008, an earthquake struck the Los Angeles area. The test centers at the Ontario Convention Center, Hyatt Regency Century Plaza Hotel, Anaheim Convention Center, Radisson Hotel – LAX and California Market Place were affected. The earthquake impacted the administration of the examination at each test center in different ways. For instance, timing was stopped at some test centers, an additional five minutes was added to the session at one test center and applicants at all the test centers continued to type/write while others did not. Following the earthquake, the morning sessions were continued until time was called, which at most test centers was at the conclusion of the scheduled three hours of testing time, if they had not already been concluded before the earthquake occurred.

After ensuring that everyone at each test center was safe and that the buildings were structurally sound, the afternoon examination sessions began on schedule. The examination continued through the final day, Thursday, July 31, 2008, at the standard test centers without any further major incidents.

Grading of the examination will be conducted in accordance with the Committee of Bar Examiners (Committee) standard procedures. During the grading process, however, the Committee's psychometric consultant has been asked to perform a psychometric study on whether the earthquake impacted applicants' performance on the first session of the examination and to report his findings to the Committee prior to the release of results from the examination.

The Committee will consider its consultant's findings and determine what action, if any, should be taken to ensure that all applicants are treated as fairly as possible. Any actions the Committee might take will be discussed in the information made available at the time results from the examination are released to the applicants, which is scheduled for November 21, 2008.

While the Committee regrets that this incident occurred, the fact that it did was beyond its control. Each applicant and each test center was impacted differently by the earthquake, and for those testing outside the Los Angeles area not at all, during the same administration of this examination. Applicants should be assured that the Committee will take the appropriate steps necessary to ensure applicants are treated fairly, and at the same time not give one group of applicants an advantage over others.

Notice0708

# EXHIBIT "6"



**The Grove**

**Scott Laytart**
Genius

189 The Grove Drive
Suite G-70
Los Angeles, CA 90036
323 965-8400

www.apple.com/thegrove

# EXHIBIT "7"

**MAC**SPECIALIST

**Nathan Suh**
Service Technician

500 North Wells Street
Chicago, Illinois 60610

T : 312.755.0000
F : 312.410.9011
E : nathan@macspecialist.com

www.macspecialist.com



Apple Specialist

Authorized Reseller
and Service Provider

Authorized
Training Center

# EXHIBIT "8"

Case 1:08-cv-00216    Document 41    Filed 09/11/2008    Page 18 of 19

# MACSPECIALIST

INVOICE **I-31901**

*Aaron Prouty – Service*
Created 8/11/2008
Modified 8/11/2008

**Villa Park:** 234 West Roosevelt Road, Villa Park, Illinois 60181
T: 630.858.0000 | F: 630.559.0186
E: sales@macspecialist.com | W: www.macspecialist.com

**Chicago:** 500 North Wells, Chicago, Illinois 60610
T: 312.755.0000 | F: 312.410.9011
E: sales@macspecialist.com | W: www.macspecialist.com

PO:
Shipping: None

*Please remit payment to Villa Park address*

**Walter Maksym Jr.**
2056 N Lincoln Ave
60614-4525, IL 60614
US

Contact 

**Shipping Address**
2056 N Lincoln Ave
60614-4525, IL 60614
US

| Product ID | Description | Sell | Qty | BO | Total |
|---|---|---|---|---|---|
| P-31110 | Labor InShop Expedite | $150.00 | 1 | 0 | $150.00 |
| P-30502 | Board, Inverter | $83.00 | 1 | 0 | $83.00 |

**Notes**

Repair ID: 100563366

8/5/2008
SRO S-20532
PowerBook G4 (15-inch 1.5/1.33GHz) (W84420PRQW3)
PRIORITY REPAIR
****Not able to view data on machine because of screen failure.
Machine needs a replacement Inverter.****

18:55:26 on 8/7/2008, Nathan Suh – Service: Installed replacement
inverter. Display now gets proper backlighting. However, there is
minor interference on display that may or may not bother customer. If
customer is concerned we can estimate a replacement LVDS cable and
labor (which would be 2hrs+).

10:52:08 on 8/7/2008, Ian Vonesh – Service: Parts revcieved
1P922-6962
Q23016424616

Installed fresh copy of Leopard and iLife '06. Ran all updates current to
today, bringing OS to 10.5.4.

Work Complete.

**Payments**

| | | | |
|---|---|---|---|
| Check | 8/11/2008 |  | $241.51 |

| | |
|---|---|
| Subtotal | $233.00 |
| US | $8.51 |
| Total | $241.51 |
| Payment | $241.51 |
| Balance | $0.00 |

**Return Policy**

Full refund issued on unopened, stocked items returned within 30 days of sale. Products not picked up within 30 days are
subject to a $50 handling fee. 20% restock fee on all opened hardware returned within 30 days of sale. No refunds on Special
Orders, Discontinued Orders, or Opened Software

Page 1         Signature _____