EXHIBIT "9"



# THE STATE BAR OF CALIFORNIA
## OFFICE OF ADMISSIONS   Testing Accommodation

180 HOWARD STREET • SAN FRANCISCO, CALIFORNIA 94105-1639 • (415) 538-2303
~~1149 SOUTH HILL STREET • LOS ANGELES, CALIFORNIA 90015-2299 • (213) 765-1500~~

## FORM B
### TESTING ACCOMMODATIONS - PHYSICAL DISABILITIES VERIFICATION
(Please print or type; must be legible)
(To be completed by a physician or licensed professional)

Name of applicant requesting testing accommodations: **WALTER P. MAKSYM JR.**

### I. QUALIFICATIONS OF THE EXAMINER/DIAGNOSTICIAN

Name of professional completing this form: **Hilliard E. Slavick, M.D.**

Address: **8 South Michigan Avenue, Suite 1505**
**Chicago, Il. 60603**

Telephone number: **(312) 263-2828**

Occupation, title & specialty:
**M.D. - Adult Neurologist**
**Boarded in "    "  + Pain Management**

License number: **036-50729 Illinois / Also licensed in Arizona # 27852**

### II. DISABILITY DESCRIPTION AND HISTORY

1. Name of Disability: **Rt. carpal tunnel syndrome and writer's cramp**
2. When was the disability first diagnosed?: **3/15/2000**
3. When was the date of your last examination of the applicant?: **4/5/2000**
4. Is this a permanent condition or disability?  ☒ YES  ☐ NO
5. If no, when is the condition/disability likely to abate?: **permanent**

TA-FORMB/0399

1

6. Briefly describe the nature and severity of the applicant's disability:

Rt. wrist pain on palmar side radiating into center of palm + up into forearm accompanied by fatigue + stiffness of hand + arm up to elbow. These pains occur using a mouse, tracball or writing or typing with Rt. hand.

7. How does the disability affect the applicant's ability to take the examination, with a focus on the **functional impact or limitation** resulting from the specific disability?:

Pains occur with any use of the Rt. hand + arm. Develops local spasms of digits + wrist along with pain, within few minutes of writing on a daily basis.

## III.   ACCOMMODATION REQUESTS

A specific disability only qualifies for accommodations if there is evidence of the disability impact on test taking that can be ameliorated by specific accommodations. These accommodations should not cause an unreasonable burden on the Committee of Bar Examiners and should not lower the standards of the examination. Objective evidence should be provided indicating that a) there is an actual disability impacting test performance, and b) the accommodations you recommend are reasonable to ameliorate the disability.

Based on the applicant's disability, what specific testing accommodations would you recommend for taking the examination? (Check below all specific accommodations you believe are necessary. Note: The accommodation of extended time needs additional specific information.)

**Alternative Formats**
☐ Audio Cassette Version of the Examination
☐ Large Print Examination Materials
   (check one: ☐ 18 pt or ☐ 24 pt.)
☐ Word Processor
☐ Computer (only if software is available to restrict access)
☐ Braille Version of the Examination
☒ Private Room
☐ Semi-private Room
☒ Extended Time (complete section below)
☐ Other _____

**Personal Assistance**
☒ Dictate to a Typist ~~~~~ + preferably court reporter
☐ Reader
☒ Scribe
☐ Assistance with multiple-choice answer sheet (Scantron sheet)
☒ Dictate to a Tape Recorder
whatever way works best for him.

TA-FORMB/0399

## Architectural/Environmental

Describe (e.g. wheelchair access, temperature controlled room, non-fluorescent lighting, etc.)

None needed

## Permission to Bring Personal Furniture or Equipment

Describe (e.g. footstool, ergonomic chair, word processor, computer, etc.)

None needed

## Permission to Bring Personal Items

Describe (e.g. medications, lamp, wrist splints, ice and ice-chest, etc.)

Anti-inflammatory medication (Vioxx), Thiamine, wrist splint/cushion, beanbag pillow to rest wrist upon.

Please provide rationale for requests indicated: This avoids much in the way of aggravation movement + pressure to affected areas of Rt. hand + arm. This minimizes pain + allows better performance.

## Accommodation of Extra Time

Specify the amount of **additional time** requested for each session of the examination. Indicate why additional specified time is needed and the rationale for the amount of time for each test format of the examination. The Bar Examination has six 3-hour sessions (three essay questions or one performance test or 100 multiple-choice questions per session) and the First-Year Law Students' Examination has **one 4-hour session** for administration of its four essay questions and one 3-hour session where 100 multiple-choice questions are administered.

All requests for additional time must specify the exact amount of additional time. Timing is not interrupted during a session; total time granted includes breaks, except the lunch break. Applicants will not be allowed to leave the secured test center for the lunch break if it occurs during a session. No accommodation of unlimited time will be granted. If additional testing time is requested, but the specific amount of additional time is not indicated, the petition will be returned as incomplete.

Essay: Specify the amount of additional test time needed per session and rationale: Triple the normal to be able to do essay tests in order to avoid cramping pain + digital spasms + mental distractions from same. This allows him rest periods to better able to answer essay. Rest periods taken as needed.

TA-FORMB/0399

3

COPY

**Performance Test:** Specify the amount of additional test time needed per session and rationale:

_Triple time to be able to have opportunity to outline + avoid cramping, stiffness + pain in Rt. hand for performance + essay test sections._

**Multiple-Choice:** Specify the amount of additional test time needed per session and rationale:

_Does not apply because taking attorneys exam._

## IV. PAST ACCOMMODATIONS

List accommodations that have been granted to the applicant in the past:

_None_

## V. CONFIDENTIALITY

Confidentiality policies of the Committee of Bar Examiners/Office of Admissions of The State Bar of California will be followed regarding its responsibility to maintain confidentiality of this form. No part of the form will be released without the applicant's written consent or under the compulsion of legal process.

## VI. LICENSED PROFESSIONAL'S SIGNATURE

I declare under penalty of perjury under the laws of the State of California that the above information is true and correct.

_Hilliard E. Slavick, M.D._  /  6/29/00
(Signature of Licensed Professional)    (Date)

The Committee of Bar Examiners reserves the right to make final judgement concerning testing accommodations and may have all documentation related to this matter reviewed by a panel or professional consultants if deemed necessary.

TA-FORMB/0399

# EXHIBIT "10"

# THE COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA
## TESTING ACCOMMODATIONS NOTICE

**Name of Applicant:** Walter P. Maksym, Jr.
**File No.:**
**Applicant No.:**
**Examination:** July 2008 California Bar Examination
**Date of Notice:** July 21, 2008
**Test Center Assignment:** Radisson Hotel - LAX
6225 West Century Boulevard
Los Angeles
(Dictate to tape recorder and tapes)

**Accommodations Granted:**

- A total of 3 hours and 30 minutes for each essay and Performance Test session of the examination;

- Permission to dictate the written portion to your own tape recorder and tapes that conform with Committee policies;

- Permission to bring your tape recorder and tapes into the examination room, subject to inspection by staff;

- Testing in a private room; and,

- Permission to bring a bean bag pillow (without a cover) into the examination room, subject to inspection by staff.

Instructions for the examination will begin at the time noted below and the examination session will commence immediately upon conclusion of the reading of the instructions. If you are not seated and ready to go by the begin time, the timing of your examination session will start 15 minutes from the begin time regardless of whether the instructions have been completed. Any time lost, including time used for reading instructions, will not be added to the test session.

| Date | Day | Begin | Session | Total Time |
|---|---|---|---|---|
| 7/29 | Tuesday | 8:45 am | Essay Questions 1, 2 and 3 | 3 hours and 30 minutes |
| 7/29 | Tuesday | 2:00 pm | Performance Test – A | 3 hours and 30 minutes |
| 7/30 | Wednesday | — | No Testing – Attorney Applicant | — |
| 7/30 | Wednesday | — | No Testing – Attorney Applicant | — |
| 7/31 | Thursday | 8:45 am | Essay Questions 4, 5 and 6 | 3 hours and 30 minutes |
| 7/31 | Thursday | 2:00 pm | Performance Test - B | 3 hours and 30 minutes |

Each day a lunch break will occur between sessions. Applicants will not be allowed to remain in the secure test area during the lunch break and are expected to report back to the test center at the time indicated in the above schedule. Applicants are not allowed to take the break in their examination rooms unless the accommodation has been specifically requested and granted.

Page 1 of 1



# EXHIBIT "11"

COPY

NORTHWESTERN MEMORIAL HOSPITAL
251 EAST HURON STREET
Chicago, IL 60611

DEPARTMENT OF RADIOLOGY

Patient: MAKSYM, WALTER
Med. Rec. #: (0010)000
Date of Birth: 07/3/194
Account #: 0001
LOCATION: OUTPATIENT

CLINICAL HISTORY:

Attending Physician: COSTAS, ANGELO MD
Ordering Physician: COSTAS, ANGELO MD

## MAGNETIC RESONANCE IMAGING

EXAM: MR PELVIS W/O CONT
EXAM DATE: 07/24/05
ACCESSION: MR-05-016478
REASON: RT HIP

REPORT:

CLINICAL INFORMATION: 59-year-old male with 1-1/2 years of right hip and groin pain

REFERENCE EXAMINATION: None at this institution.

TECHNIQUE: Multiplanar multisequence MR sequence images were performed through the pelvis with attention to the right hip including T1 spin-echo, STIR images.

FINDINGS: There is minimal degenerative joint disease evident within the right hip joint. There are small osteophytes arising from the right femoral head. Areas of subchondral sclerosis are seen in the superior aspect of the right proximal femur. There is a minimal amount of bone marrow edema present in the superior aspect of the right femoral head. Within the right acetabular roof, there is a lobulated T2 hyperintense lesion that extends into subarticular bone. On all sequences, it appears intraosseous. In the coronal plane, it measures at least 13 x 21 mm in size. The contralateral hip is normal. Physiologic amount of joint fluid present in both hips. No evidence of fracture or avascular necrosis. The sacroiliac joints are normal. There is rotoscoliosis of the lower lumbar spine, convex to the left with apex at L4. The remainder of the pelvis demonstrates no enlarged lymph nodes

IMPRESSION:

MILD TO MODERATE OSTEOARTHROSIS OF THE RIGHT HIP WITH A LARGE CYSTIC SUPRA-ACETABULAR SUBARTICULAR LESION. THIS LIKELY REPRESENTS A SUBCHONDRAL CYST RELATED TO OSTEOARTHROSIS. X-RAY CORRELATION IS RECOMMENDED TO ASSESS FOR DEGENERATIVE CHANGES IN THE RIGHT HIP.

THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT AND HAS AMENDED THE REPORT WHEN NECESSARY.

Attending Radiologist: K
Radiology Resident: ANISH KIRPALANI, MD
Date Signed off: 27JUL2005    Transc. by: VS

Mail To:
COSTAS, ANGELO MD
200 S. MICHIGAN
SUITE: #805
CHICAGO
IL 60604

DOCTOR COPY

Patient: MAKSYM, WALTER
Med. Rec. #: (0010)000
Exam: MRPELVWO

CONFIDENTIAL



NORTHWESTERN MEMORIAL HOSPITAL
251 EAST HURON STREET
Chicago, IL 60611

DEPARTMENT OF RADIOLOGY

Patient:            MAR_YN, WALTER
Med. Rec. #:       (00 0)000
Date of Birth:     07/_3/1946
Account #:         000
LOCATION:          OUT
                   OUTPATIENT

CLINICAL HISTORY:

Attending Physician: COSTAS, ANGELO MD
Ordering Physician:  COSTAS, ANGELO MD

## COMPUTERIZED TOMOGRAPHY

**EXAM:**
CT SPINE LUMBAR W/O CONTRAST

**EXAM DATE:** 07/24/05   **ACCESSION:** CT-05-072406

**REASON:** RADICULOPATHY

**IMPRESSION:**
1. MULTILEVEL DISC DEGENERATIVE CHANGES MOST SEVERE AT L4-5 AND L5-S1 AS DETAILED ABOVE.
2. SEVERE BILATERAL FORAMINAL STENOSIS AT L5-S1 WITH COMPRESSION OF THE EXITING L5 NERVE ROOTS. PLEASE CORRELATE SYMPTOMATICALLY.

Attending Radiologist: MATTHEW WALKER, MD, CAQ Certified, Neuroradiology
Date Signed off: 25JUL2005   Transc. by: KB

Mail To:
COSTAS, ANGELO MD
200 S. MICHIGAN
SUITE #805
CHICAGO, IL 60604

DOCTOR COPY

Patient: MARKUM, WALTER
Med Rec. #:
Exam: CTSPLM

# MICHIGAN AVENUE INTERNISTS, L.L.C.

AFFILIATED WITH NORTHWESTERN MEMORIAL HOSPITAL

ANGELO A. COSTAS, M.D.
AMI DESAI, M.D.
GREG D. EWERT, M.D.
LOUIS HIOTIS, M.D.
ELAINE LEBOFF-RIES, M.D.
ALLISON H. REDDINGER, M.D.
SHIRLEY L. TERMOLEN, M.D.

SUITE 805
200 SOUTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60604

TELEPHONE (312) 922-3815
FACSIMILE (312) 922-7449

June 16, 2008

The State Bar of California
Office of Admissions
1149 South Hill Street
Los Angeles, CA
90015-2299

RE: Walter P. Maksym, Jr


To Whom It May Concern:

This letter is written in support of Mr. Maksym's request for testing accommodations for the California bar exam. I have been taking care of Mr. Maksym since 2002, however, I understand that a complete form was completed by Dr. Hillard Slavic, a neurologist, in the past. This is just a reiteration that several of these conditions that Mr. Maksym had at that point persist which require him to have certain additional accommodations.

He does continue to suffer from carpal tunnel which requires him to have medications with him, as well as certain special accommodations to help minimize the pain. He also suffers from severe arthritis above the hip, the arm and the wrist, and requires accommodations for that. Many of these medical conditions have remained unchanged in conjunction with his previous history per Dr. Slavic. He also has the diabetes which makes him more prone to the carpal tunnel and, as mentioned, to provide an environment for him to partake in testing facility, especially given the severe arthritis and the carpal tunnel. These would provide him a better environment to take any testing necessary.

Please feel free to contact me with any additional questions.

Sincerely,

Angelo A. Costas, M.D.
Assistant Professor of Clinical Medicine
Northwestern University
Feinberg School of Medicine
AAC:jmg