## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 216 | **DATE** | 9/11/2008 |
| **CASE TITLE** | Meier vs. Musburger | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff is again ordered to comply with the minute order of 4/7/08 by Monday, 9/15/08. Response to plaintiff's motion to stay [34] is due 9/18/08 and the reply shall be due 9/25/08. Hearing on the plaintiff's motion to stay [34] is set for 10/3/08 at 9:00 a.m. Oral argument set for 9/12/08 on the motion to stay and the motion hearing set for 9/12/08 is stricken and no appearance is necessary. Plaintiff's motion to extend time and for leave to file memorandum in opposition to defendants motion to dismiss Meier's complaint and to reset hearing date [38] is granted. There will be no further extensions.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|