# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 216 | **DATE** | 8/20/2009 |
| **CASE TITLE** | Meier v. Musburger, et al. | | |

**DOCKET ENTRY TEXT**

The Defendants' Motion for Sanctions and Fees Pursuant to Rule 11 [64] is granted. However, until plaintiff's counsel files his surreply – which, of course, is limited to the additional approximately $19,000. in requested relief – the exact amount of the award cannot be ascertained. Following the filing of the surreply, a memorandum opinion and order will be issued explaining the basis for the ruling and will specify the amount of the sanction and against whom it shall run.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|